ACCEPTED
15-25-00058-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 12:33 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00058-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 12:33:03 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS,

### THE BOARD OF REGENTS
### OF THE TEXAS A&M UNIVERSITY SYSTEM,

APPELLANT

V.

### BE&K Building Group, LLC,

APPELLEE

ON APPEAL FROM THE 272ND JUDICIAL DISTRICT COURT,
BRAZOS COUNTY, TEXAS

APPELLEE BE&K BUILDING GROUP LLC'S
UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

THOMAS O. CRIST
State Bar No. 24119645
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500 Telephone
216-363-4588 Facsimile
Email:    tcrist@beneschlaw.com

**Counsel for Appellee**
**BE&K Building Group, LLC**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellee, BE&K Building Group, LLC ("BE&K"), files this Motion to Extend Time to File A Reply Brief and would respectfully show the following:

## I. Time Requested for Extension

After obtaining a 30-day extension, Appellant filed its original Brief on June 20, 2025. This set the deadline for Appellee to file its Brief as July 10, 2025. Tex. R. App. P. 38.6(a).

Appellee now seeks a 30-day extension to file the Brief of Appellee. This is Appellee's first request for an extension to file anything in this appeal. Appellant requested and received the same extension to file its Brief.

## II. The Extension is Presumed Unopposed

Counsel conferred with Appellant's counsel via email on June 24, 2025, and Appellant confirmed it is unopposed to this Motion.

## III. Grounds for Extension

Appellee seeks this extension primarily to allow it 30 days to review the record and the brief filed by Appellant on June 20, 2025.

Appellee also seeks this extension to account for the July 4th holiday and Appellee's Lead Counsel on appeal has been and is fully engaged in numerous other matters with imminent deadlines, preparation time, travel and other conflicts prior to the current deadline for Appellee's Brief and into the time frame of the extension.

## IV. Authority to Grant Extension

The Court may grant an extension of time under the authority of Texas Rule of Appellate Procedure 10.5(b).

## V. Prayer

This request will not unnecessarily delay disposition of this matter, but will allow Appellee to fully reply to the issues raised in Appellant's Brief for maximum benefit to the Court. This motion is not brought for purpose of delay, but so that justice may be accomplished.

WHEREFORE, Appellee prays that this Court grant an extension to Monday, August 11, 2025 to file its Brief, and for such other and further relief to which Appellee may be justly entitled.

Respectfully submitted,

**Benesch, Friedlander, Coplan & Aronoff LLP**
*/s/ Thomas Crist*
THOMAS O. CRIST
State Bar No. 24119645
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500 Telephone
216-363-4588 Facsimile
Email: tcrist@beneschlaw.com

**Counsel for Appellee**
**BE&K Building Group, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to Tex. R. App. Pro. 9.5(a), a true and correct copy of the foregoing instrument has been sent to counsel of record for the Appellant through the Court's e-filing system on this, the 27th day of June, 2025.

/s/ *Thomas Crist*
Thomas Crist

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he emailed counsel for Appellant on June 24, 2025 and that attorney Jacob Beach advised in a June 24, 2025 email response that Appellant is not opposed to this Motion.

/s/ *Thomas Crist*
Thomas Crist

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Crist on behalf of Thomas Crist
Bar No. 24119645
tcrist@beneschlaw.com
Envelope ID: 102525876
Filing Code Description: Motion
Filing Description: APPELLEE BE&K BUILDING GROUP LLC???S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE???S BRIEF
Status as of 6/27/2025 12:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Frank Domino | 24038864 | frankdomino@mehaffyweber.com | 6/27/2025 12:33:03 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 6/27/2025 12:33:03 PM | SENT |
| Thomas Crist | 24119645 | tcrist@beneschlaw.com | 6/27/2025 12:33:03 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 6/27/2025 12:33:03 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 6/27/2025 12:33:03 PM | SENT |
| Legal Secretaries | | osg-legalsecretaries@oag.texas.gov | 6/27/2025 12:33:03 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 6/27/2025 12:33:03 PM | SENT |
| Jonathon Korinko | | jkorinko@beneschlaw.com | 6/27/2025 12:33:03 PM | SENT |